UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Dugaboy Investment Trust

                Plaintiff(s)

- v -

Highland Select Equity Master Fund, L.P. and Highland Select Equity Fund GP, L.P.

                Defendant(s)

**RULE 7.1 STATEMENT**

23-1636

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

The Dugaboy Investment Trust

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

    None.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

The Dugaboy Investment Trust, 300 Crescent Court - Suite 700, Dallas, TX 75201.

Highland Select Equity Master Fund, L.P., 31 Victoria Street, Victoria Place, Hamilton BM HM 10.

Highland Select Equity Fund GP, L.P., c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801 (Note: The undersigned has not been able to ascertain the residence of this Defendant.)

Date   February 27, 2023

_____
Signature of Attorney

4339057
_____
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf SDNY Web 12/2022