IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE DUGABOY INVESTMENT TRUST,<br><br>     *Plaintiff*,<br><br>v.<br><br>HIGHLAND SELECT EQUITY MASTER FUND, L.P. AND HIGHLAND SELECT EQUITY FUND GP, L.P.,<br><br>     *Defendants*. | Case No. 1:23-cv-01636 |

**STIPULATION AND AGREED ORDER EXTENDING DEFENDANTS'
DEADLINE TO FILE RESPONSE TO AMENDED COMPLAINT**

This Stipulation and Agreed Order is entered into between plaintiff The Dugaboy Investment Trust ("Plaintiff" or "Dugaboy") and defendants Highland Select Equity Master Fund, L.P. and Highland Select Equity Fund GP, L.P. (collectively, "Defendants" or "Select").

**WHEREAS**, Plaintiff filed its Original Complaint and Amended Complaint on February 27 and 28, 2023, respectively;

**WHEREAS**, Highland Capital Management, L.P. ("Highland") serves as Select's investment advisor and is authorized to act on Select's behalf;

**WHEREAS**, on March 27, 2023, Highland's counsel—acting solely as counsel to Highland in its capacity as investment advisor to Select—agreed to accept service of process of the Complaints on behalf of Select in exchange for the extension of time set forth herein;

**WHEREAS**, Select's deadline to file its response to Plaintiff's Amended Complaint is currently April 17, 2023, and Select has requested an extension to and including May 26, 2023, within which to file its response;

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that the deadline for Select to file its response to Plaintiff's Amended Complaint is extended to and including May 26, 2023.

Dated: April 12, 2023

SBAITI & COMPANY PLLC

*/s/ Mazin A. Sbaiti*
Mazin A. Sbaiti (NY Bar No. 4339057)
Kevin N. Colquitt (Admitted *Pro Hac Vice*)
2200 Ross Avenue, Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com

**Counsel for Plaintiff**

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ John A. Morris*
John A. Morris (NY Bar No. 266326)
780 Third Avenue, 34th Floor
New York, NY 10017
T: (212) 561-7700
F: (212) 561-7777
E: jmorris@pszjlaw.com

**Counsel for Highland Capital Management, L.P., Select's investment advisor and authorized representative**

**SO ORDERED** this _____ day of _____, 2023

_____
Honorable Mary Kay Vyskocil
United States District Judge